UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
Thomas James Weiler                                  Case No.: 17-32168
Christine Annette Weiler                             Chapter 7 Proceeding
                Debtors              Hon. Daniel S. Opperman
_____/

## MOTION FOR AUTHORITY TO REDEEM PROPERTY

Debtor hereby moves the Court, pursuant to Section 722 of the Bankruptcy Code, for an order permitting the debtor to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

1) The item of personal property involved is 2011 Chevrolet Traverse, which is intended primarily for personal, family or household use.

2) The debtor originally purchased the property on August 26, 2014, and the original purchase price was $22,389.00.

3) The 2011 Chevrolet Traverse has 120,000 miles on it. The Kelly Bluebook reflects a value of approximately $4,604.00, the NADA reflects a average trade in value of $6,875.00 and clear retail of $10,925.00. The Debtor's believe the actual value is $7,200.00.

4) The security interest of Genisys Credit Union in said property is a dischargeable consumer debt.

WHEREFORE, the debtor moves the Court for an order permitting the debtor to redeem said property by paying said creditor the aforesaid sum, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt and granting such other relief as may be appropriate.

                                                      Raymond N. Mashni
                                                      Attorney for Debtor
                                                      132 W. Nepessing Street
                                                      Lapeer, MI 48446
                                                      810-245-2042
                                                      raymashni@gmail.com

October 11, 2017